## No. 05-15-00138-CV

IN THE MATTER OF THE MARRIAGE OF

LORI ANN SWINGLE
AND
DAVID CARL SWINGLE

AND IN THE INTEREST OF
TRAVIS JAMES SWINGLE, A CHILD

    \*
    \*
    \*     FIFTH COURT OF APPEALS
    \*
    \*
    \*
    \*     DALLAS, TEXAS
    \*
    \*

### Motion for Time Extension to File Clerk's/Reporter's Record

**TO THE HONORABLE JUDGES OF SAID COURT:**

Now comes Appellant, David Carl Swingle in said styled and numbered cause and files this Motion for Extension of Time to File Clerk's/Reporter's Record. In support thereof, Appellant shows the following:

1. Appellant has filed a Writ of Mandamus with the Supreme Court of Texas specifically contesting the lower courts' ruling on Appellant's indigence and inability to pay for the record and appellate fees. This is a matter of public record, see Supreme Court Cause case No. 15-0297. White cards from the Supreme Court of Texas addressed to the Trial Court, The Fifth Court of Appeals and opposing counsel are attached.

**Wherefore Premises Considered**, Appellant respectfully moves the Fifth Court of Appeals extend the time to file the Clerk's Record and Reporter's Record until the Supreme Court rules on Appellant's indigence in the Writ of Mandamus.

Respectfully-

David C. Swingle, pro se
10231 Catalpa Rd.
Dallas TX, 75243
(972) 863-3973
dcswingle@gmail.com

# No. 05-15-00138-CV

| | |
|---|---|
| IN THE MATTER OF | * |
| THE MARRIAGE OF | * |
| | *    FIFTH COURT OF APPEALS |
| LORI ANN SWINGLE | * |
| AND | * |
| DAVID CARL SWINGLE | * |
| | *    DALLAS, TEXAS |
| AND IN THE INTEREST OF | * |
| TRAVIS JAMES SWINGLE, A CHILD | * |

## Certificate of Service

This is to certify that on May 28, 2015 at true and correct copy of the two page above and foregoing Motion for Time Extension was sent via US Postal Service to the Fifth Court of Appeals and 330th District Court Clerk in Dallas Texas. The attorney of record, KC Ashmore, was served via e-mail May 28, 2015 at kc@ashmorelawfirm.com.

Respectfully-

*David C. Swingle*

David C. Swingle, pro se
10231 Catalpa Rd.
Dallas TX, 75243
(972) 863-3973
dcswingle@gmail.com

**FILE COPY**

RE: Case No. 15-0297                     DATE: 4/20/2015
COA #: 05-15-00138-CV     TC#: DF-14-15124
STYLE: IN THE INTEREST OF T.J.S., A CHILD

A petition for writ of mandamus, as styled above, was today received and filed in the Supreme Court of Texas.

MR. GARY  FITZSIMMONS
DALLAS COUNTY DISTRICT CLERK
600 COMMERCE, SUITE 124
DALLAS, TX   75202

FILE COPY

RE: Case No. 15-0297                    DATE: 4/20/2015
   COA #: 05-15-00138-CV      TC#: DF-14-15124
STYLE: IN THE INTEREST OF T.J.S., A CHILD

   A petition for writ of mandamus, as styled above, was today received and filed in the Supreme Court of Texas.

MS. LISA  MATZ
CLERK, FIFTH COURT OF APPEALS
600 COMMERCE, SUITE 200
DALLAS, TX  75202-4658

FILE COPY

RE: Case No. 15-0297                     DATE: 4/20/2015
COA #: 05-15-00138-CV     TC#: DF-14-15124
STYLE: IN THE INTEREST OF T.J.S., A CHILD

A petition for writ of mandamus, as styled above, was today received and filed in the Supreme Court of Texas.

KEITH CHARLES  ASHMORE
ASHMORE & ASHMORE
1101 RIDGE ROAD, SUITE 220
ROCKWALL, TX  75087

David Swingle
10231 Catalpa Rd.
Dallas TX 75243

NORTH TEXAS TX P&DC
DALLAS TX 750
29 MAY 2015 PM 12 L

Ms. Lisa Matz
Clerk, Fifth Court of Appeals
600 Commerce St. # 200
Dallas TX 75202-4658

75202465399